```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREGORY MARTIN,

                          Plaintiff,                17-CV-08640 (VSB)(SN)

        -against-                                   ORDER

NANCY A. BERRYHILL,

                          Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2020

**SARAH NETBURN, United States Magistrate Judge:**

On April 19, 2019, the Honorable Vernon S. Broderick remanded this case for further consideration of the plaintiff's application for disability benefits and closed this case. Following the remand, the plaintiff received retroactive benefits from the Social Security Administration. Thereafter, on November 30, 2020, the plaintiff's counsel moved for attorney's fees pursuant to 42 U.S.C. § 406(b)(1). ECF No. 31.

Because of the Commissioner's unique role and expertise in the area, the Commissioner is directed to file a letter indicating whether they object to plaintiff's counsel's motion for § 406(b) fees no later than December 18, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
          December 2, 2020